UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-21252-CIV-MARTINEZ-BROWN

AL ROSS, et al.,

    Plaintiffs,

v.

PROFESSIONAL CENTER AT
LAKEWOOD RANCH, LLC, et al.,

    Defendants.
_____/

## STIPULATED FINAL JUDGMENT

THE COURT, having been advised that the parties have consented to the entry of this Stipulated Final Judgment, and the Court being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that

Plaintiff Al Ross, Individually, and Al Ross, Attorney at Law 401(k) (Formerly the Al Ross, Attorney at Law Defined Benefit Pension Plan)), recover from Defendant Professional Center at Lakewood Ranch, LLC the amount of $200,000, with prejudgment interest at the rate of 18% per annum from December 31, 2007 through the date of entry of this Stipulated Final Judgment (amounting to $57,000 in prejudgment interest through July 31, 2009, and $8.21918 per diem for each day thereafter to the date of entry of this Stipulated Final Judgment), and with postjudgment interest on all of the foregoing sums adjudged to be due at the statutory rate established by Fla.Stat. Section 55.03, which varies from time to time but which is currently 8% per annum, for all of which let execution issue. The Parties shall bear their own attorney's fees and costs.

DONE AND ORDERED this 28 day of October, 2009.

                                                      JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies Provided To:
Magistrate Judge Brown
All Counsel of Record